```
                                    UNITED STATES DISTRICT COURT
                                              FILED
                                           DEC 7 2000
                                    EASTERN DISTRICT OF LOUISIANA
                                           Loretta G. Whyte
                                                Clerk
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO. 00-0388 |
| CHARLES FOTI, JR. | SECTION "T" |

### PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held BY TELEPHONE on JANUARY 3, 2001 at 2:45 p.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

RICHARD E. WINDHORST, III
COURTROOM DEPUTY, SECTION T

NOTICE:   COUNSEL ADDING NEW PARTIES SUBSEQUENT TO
          THE MAILING OF THIS NOTICE SHALL NOTIFY
          SUCH NEW PARTY TO APPEAR AS REQUIRED BY
          THIS NOTICE.

          COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST
          JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE,
          A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF
          THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH
          A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A
          SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE,
          ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE
          SUCH A CONFERENCE DESIRABLE.

```
__Fee_____
__Pr0cess_____
_X_Dktd_____
__CtRemDep_____
Doc. No._____
```