UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 10 AM 11:08

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | 00-388 |
| CHARLES J. FOTI, JR., ET AL. | SECTION "T"(1) |

### ORDER

It has come to the Court's attention that James C. Witcher, counsel of record for the plaintiff, has passed away. Since that time, no one has moved to be enrolled as counsel for the plaintiff. This Court has made several attempts to contact Mr. Witcher's office to no avail and additionally has attempted to locate the plaintiff herself which have been unsuccessful.

Accordingly,

**IT IS ORDERED** that the Clerk of Court mark this action closed for statistical purposes, and,

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket and shall be reset by order of this Court upon motion of a party if circumstances change, so that the case may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this ___8th___ day of January, 2001.

DATE OF ENTRY
JAN 1 0 2001

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE