FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 20 P 4:31

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **TERESA L. MYERS** | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| **VERSUS** | * | SECTION "T", MAG. 1 |
| | * | |
| **CHARLES C. FOTI, JR.,** | * | JUDGE G. THOMAS |
| **CRIMINAL SHERIFF** | * | PORTEOUS, JR. |
| **OF THE PARISH OF ORLEANS,** | * | |
| **STATE OF LOUISIANA,** | * | MAGISTRATE JUDGE |
| **ET AL** | * | SALLY SHUSHAN |

* * * * * * * * * * * * * * *

### MOTION TO ENROLL COUNSEL OF RECORD ON BEHALF OF PLAINTIFF

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Teresa L. Myers and respectfully requests that her new counsel, Terrence J. Lestelle, Andrea S. Lestelle, Philip R. Adams, Jr. and Lestelle & Lestelle, A Professional Law Corporation, 2121 Airline Highway, Suite 402, Metairie, Louisiana 70001 be enrolled as counsel of record in this matter on her behalf. Plaintiff was previously represented by James C. Witcher who died on or about August 9, 2000.

TERRENCE J. LESTELLE - T.A. - 8540
ANDREA S. LESTELLE - 8539
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
(504) 828-1224
Attorneys for Plaintiff
Teresa L. Myers

DATE OF ENTRY
MAR 2 3 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 11

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| VERSUS | * | SECTION "T", MAG. 1 |
| CHARLES C. FOTI, JR., CRIMINAL SHERIFF OF THE PARISH OF ORLEANS, STATE OF LOUISIANA, ET AL | * | JUDGE G. THOMAS PORTEOUS, JR. MAGISTRATE JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Enroll Counsel of Record On Behalf of Plaintiff;

**IT IS ORDERED** that Terrence J. Lestelle, Andrea S. Lestelle, Philip R. Adams, Jr. and Lestelle & Lestelle, A Professional Law Corporation, 2121 Airline Highway, Suite 402, Metairie, Louisiana 70001 be enrolled as counsel of record in this matter on behalf of plaintiff Teresa L. Myers.

New Orleans, Louisiana, this 22nd day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

  I do hereby certify that I have on this _20th_ day of **MARCH, 2001**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

_____
TERRENCE J. LESTELLE