FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 20 P 4: 31

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

* * * * * * * * * * * * * *

## PLAINTIFF'S MOTION TO REINSTATE CASE TO ACTIVE TRIAL DOCKET

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Teresa L. Myers and respectfully represents that:

1.

This action was administratively closed on or about January 1, 2001, as a result of inaction due to the death of plaintiff's prior attorney James C. Witcher on or about August 9, 2000.

2.

Plaintiff has recently retained attorneys Terrence J. Lestelle, Andrea S. Lestelle, Philip R. Adams, Jr. and Lestelle & Lestelle, A Professional Law Corporation to represent her in this action, and a Motion to Enroll Counsel of Record On Behalf of Plaintiff has been filed contemporaneously with the filing of this motion.

DATE OF ENTRY
MAR 23 2001

Fee_____
Process_____
X Dktd_____
__ CtRmDep___
Doc.No._____

3.

Plaintiff requests that the court reinstate this matter to the court's active trial docket.

_____
TERRENCE J. LESTELLE - T.A. - 8540
ANDREA S. LESTELLE - 8539
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
(504) 828-1224
Attorneys for Plaintiff
Teresa L. Myers

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

* * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiff's Motion to Reinstate Case to Active Trial Docket;

**IT IS ORDERED** that the above-captioned and numbered action is hereby reinstated to the court's active trial docket.

New Orleans, Louisiana, this __22nd__ day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of **MARCH, 2001**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

_____
TERRENCE J. LESTELLE