

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 21 P 3: 50

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **TERESA L. MYERS** | * | **CIVIL ACTION NO. 00-0388** |
| | * | |
| **VERSUS** | * | **SECTION "T", MAG. 1** |
| | * | |
| **CHARLES C. FOTI, JR.,** | * | **JUDGE G. THOMAS** |
| **CRIMINAL SHERIFF** | * | **PORTEOUS, JR.** |
| **OF THE PARISH OF ORLEANS,** | * | |
| **STATE OF LOUISIANA,** | * | **MAGISTRATE JUDGE** |
| **ET AL** | * | **SALLY SHUSHAN** |

* * * * * * * * * * * * * *

## UNOPPOSED MOTION OF PLAINTIFF TO EXTEND DEADLINES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Teresa L. Myers who respectfully represents that:

I.

Plaintiff Teresa L. Myers avers that she needs additional time to complete discovery and to obtain information necessary to submit plaintiff's expert reports. Accordingly, plaintiff requests a 30-day extension or until September 24, 2001, within which to deliver to counsel for defendants written reports of plaintiff's experts.

DATE OF ENTRY

AUG 2 4 2001



II.

As a result of plaintiff's request, plaintiff asks that the deadline to exchange the written reports of experts for defendants and the deadline for the parties to file their witness and exhibit lists be extended an additional 30 days or until October 24, 2001.

III.

Also, because of the requested extension of expert report deadlines, plaintiff requests that the deadline for taking trial depositions and to complete discovery be extended through November 12, 2001.

IV.

An extension of these deadlines will not adversely affect the scheduled trial date of December 10, 2001.

V.

Counsel for plaintiff has contacted counsel for defendants who have indicated that they have **no objection** to the granting of this motion and the extending of these deadlines.

_____
TERRENCE J. LESTELLE - 8540
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
(504) 828-1224

Attorneys for Plaintiff Teresa L. Myers

2

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this **21st** day of **AUGUST, 2001**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

_____
TERRENCE J. LESTELLE

3

| | | |
|---|---|---|
| **TERESA L. MYERS** | * | **CIVIL ACTION NO. 00-0388** |
| | * | |
| **VERSUS** | * | **SECTION "T", MAG. 1** |
| | * | |
| **CHARLES C. FOTI, JR.,** | * | **JUDGE G. THOMAS** |
| **CRIMINAL SHERIFF** | * | **PORTEOUS, JR.** |
| **OF THE PARISH OF ORLEANS,** | * | |
| **STATE OF LOUISIANA,** | * | **MAGISTRATE JUDGE** |
| **ET AL** | * | **SALLY SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Consider the foregoing Unopposed Motion of Plaintiff to Extend Deadlines;

**IT IS ORDERED** that the deadline for plaintiff to obtain and deliver her written expert reports is extended until September 24, 2001, and that the deadline for defendants to obtain and deliver their expert reports is extended until October 24, 2001.

**IT IS FURTHER ORDERED** that depositions for use at trial shall be taken and all discovery shall be completed no later than November 12, 2001.

The scheduled trial date shall not be adversely affected by the extension of these deadlines.

New Orleans, Louisiana, this _____22nd_____ day of August, 2001.

_____
U.S. DISTRICT COURT JUDGE

2