

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

TERESA MYERS                                    CIVIL ACTION

VERSUS                                          NO.  00-00388

CHARLES C. FOTI, et al                          SECTION "T"


## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes **PATRICK R. BOSSETTA,**

and on suggesting to the Court that **GEORGE C. WALLACE** no longer represents the City of New

Orleans in this matter and that **GEORGE C. WALLACE** desires to withdraw as counsel of record,

and on further suggesting to the Court that **PATRICK R. BOSSETTA**, Assistant City Attorney for

the City of New Orleans desires to be substituted as counsel of record, and defendant, the City of

New Orleans is aware of this Motion and it is entered with its knowledge.

Respectfully submitted,

PATRICK R. BOSSETTA, #18056
**ASSISTANT CITY ATTORNEY**
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112

DATE OF ENTRY

SEP 4 2001

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 16

TELEPHONE: (504) 565-6222
FACSIMILE: (504) 565-7691

**FRANZ L. ZIBILICH, #14914**
**CHIEF DEPUTY CITY ATTORNEY**

**MAVIS S. EARLY, #1343**
**CITY ATTORNEY**

## <u>CERTIFICATE OF SERVICE</u>

*I hereby certify that a copy of the above and foregoing pleading has been*

*sent to all counsel of record, by placing same in the United States Mail, by facsimile,*

*hand delivery or email delivery this 22ⁿᵈ day of August , 2001.*

_____
Patrick R. Bossetta

2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

TERESA MYERS                                         CIVIL ACTION

VERSUS                                               NO. 00- 388

CHARLES C. FOTI, JR., ET AL                          SECTION "T" ( 1)

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that **GEORGE C. WALLACE** be and is hereby permitted to

withdraw as counsel of record for the City of New Orleans, and that **PATRICK R.**

**BOSSETTA**, Assistant City Attorney, be permitted to substitute as counsel of record for the City

of New Orleans in these proceedings.

**NEW ORLEANS, LOUISIANA, this** _30th_ **day of** _August_ , 2001.

_____

J     U     D     G     E

3