

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 25 PM 4: 12

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **TERESA L. MYERS** | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| **VERSUS** | * | SECTION "T", MAG. 1 |
| | * | |
| **CHARLES C. FOTI, JR.,** | * | JUDGE G. THOMAS |
| **CRIMINAL SHERIFF** | * | PORTEOUS, JR. |
| **OF THE PARISH OF ORLEANS,** | * | |
| **STATE OF LOUISIANA,** | * | MAGISTRATE JUDGE |
| **ET AL** | * | SALLY SHUSHAN |

* * * * * * * * * * * * * *

## JOINT MOTION TO CONTINUE TRIAL

**NOW INTO COURT**, through their respective undersigned counsel, come plaintiff Teresa L. Myers and defendants Charles C. Foti, Jr., Criminal Sheriff of Orleans Parish, The City of New Orleans, The New Orleans Police Department and Richard J. Pennington who respectfully represent that:

I.

Trial of this action is scheduled for December 10, 2001.

II.

The parties submit that this case is not presently in a posture to proceed to trial for the following reasons. First, one of plaintiff's treating physicians has just requested that plaintiff undergo repeat MRIs of the cervical and lumbar spine, which are presently in the process of being scheduled. Also, plaintiff has been referred to a



DATE OF ENTRY
SEP 28 2001



Fee_____
Process_____
X /Dktd_____
✓ /CtRmDep_____
Doc.No. 18

new doctor and additional physical therapy has been scheduled. As a result of this additional evaluation and treatment, plaintiff Teresa L. Myers' prognosis is unknown and uncertain at this time.

### III.

In addition, the parties are currently attempting to sort out the identity of the law enforcement officer who was riding the horse that plaintiff claims knocked her down. Once this is determined, one or more of the defendants may be entitled to be dismissed from this action, which would foster judicial economy.

### IV.

Furthermore, several out-of-state depositions need to be taken for discovery and/or trial purposes, which the parties believe will be difficult to schedule considering the current state of air travel.

### V.

Accordingly, all parties to this action respectfully request that the trial of this matter be continued.

### VI.

Also, the parties request that the Court schedule a telephone status conference within approximately 45 days for the purposes of selecting new trial and pretrial dates as well as new cutoff dates.

VII.

This is the first request for a continuance of trial and is a joint request by all parties.

_____
TERRENCE J. LESTELLE - T.A. - 8540
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
Phone: (504) 828-1224
FAX: (504) 828-1229

Attorneys for Plaintiff Teresa L. Myers

_____
LAMBERT J. HASSINGER, JR. - 21683
USRY & WEEKS
1717 St. Charles Avenue
New Orleans, LA 70130
Phone: (504) 592-4600
FAX: (504) 592-4641

Attorney for defendant Charles C. Foti, Jr., Criminal Sheriff of Orleans Parish

_____
PATRICK BOSSETTA - 18056
Deputy City Attorney
City of New Orleans
Law Department
1300 Perdido St., 5TH Floor East
New Orleans, LA 70112

Attorney for defendants The City of New Orleans, The New Orleans Police Department and Richard J. Pennington

3

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 25th day of **SEPTEMBER, 2001**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

                                             TERRENCE J. LESTELLE

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Continue Trial;

**IT IS ORDERED** that the trial and pretrial of this matter are continued and that a telephone status conference is hereby scheduled for 2:45 o'clock p.m. on the 17th day of October, 2001, for the purposes of selecting new trial and pretrial dates and new cutoff dates.

New Orleans, Louisiana, this 27th day of September, 2001.

_____
U.S. DISTRICT COURT JUDGE

| | | |
|---|---|---|
| **TERESA L. MYERS** | * | **CIVIL ACTION NO. 00-0388** |
| | * | |
| **VERSUS** | * | **SECTION "T", MAG. 1** |
| | * | |
| **CHARLES C. FOTI, JR.,** | * | **JUDGE G. THOMAS** |
| **CRIMINAL SHERIFF** | * | **PORTEOUS, JR.** |
| **OF THE PARISH OF ORLEANS,** | * | |
| **STATE OF LOUISIANA,** | * | **MAGISTRATE JUDGE** |
| **ET AL** | * | **SALLY SHUSHAN** |

* * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE WITH ARTICLE THREE (2) OF THE COURT'S CIVIL JUSTICE REFORM ACT AND DELAY REDUCTION PLAN

Pursuant to Article Three (2) of the Court's Civil Justice Reform Act and Delay Reduction Plan, undersigned counsel for plaintiff Teresa L. Myers hereby certifies to the Court, after conversations with his client and counsel for defendants, that he, along with counsel for defendants Charles C. Foti, Jr., Criminal Sheriff of Orleans Parish, The City of New Orleans, The New Orleans Police Department and Richard J. Pennington, have advised their respective clients that the parties have initiated a Joint Motion to Continue Trial of this case and that the clients have been provided with a copy of the Joint Motion to Continue Trial.

TERRENCE J. LESTELLE - T.A. - 8540
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
Phone: (504) 828-1224
FAX: (504) 828-1229
Attorneys for Plaintiff Teresa L. Myers