FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 24  PM 1: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO. 00-0388 |
| CHARLES C. FOTI, JR. | SECTION "T" |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Sheriff Charles C. Foti, Jr., defendant herein, and Freeman R. Matthews, who respectfully move this Court to allow Lambert J. Hassinger, Jr. to enroll as co-counsel of record for Sheriff Foti. Mr. Hassinger will be designated as trial attorney.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

_____
LAMBERT J. HASSINGER, JR. #21683
FREEMAN R. MATTHEWS #9050
1717 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 592-4600
Attorneys for Sheriff Charles C. Foti, Jr.
UWM File No. 99-354-14

DATE OF ENTRY
OCT 2 6 2001

H:\99-354 014\mtn co-counsel.wpd

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 22nd day of October 2001, served a copy of the foregoing pleading on counsel to all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage paid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO. 00-0388 |
| CHARLES C. FOTI, JR. | SECTION "T" |

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that Lambert J. Hassinger, Jr. be and hereby is enrolled as co-counsel of record to represent Sheriff Charles C. Foti, Jr. in this action. Mr. Hassinger will be designated as trial attorney.

New Orleans, Louisiana this 25 day of October, 2001.

_____
JUDGE

H\99-354.014\order co-counsel.wpd