FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 24 PM 4:55

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **TERESA L. MYERS** | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| **VERSUS** | * | SECTION "T", MAG. 1 |
| | * | |
| **CHARLES C. FOTI, JR.,** | * | JUDGE G. THOMAS |
| **CRIMINAL SHERIFF** | * | PORTEOUS, JR. |
| **OF THE PARISH OF ORLEANS,** | * | |
| **STATE OF LOUISIANA,** | * | MAGISTRATE JUDGE |
| **ET AL** | * | SALLY SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION OF PLAINTIFF TO EXTEND DEADLINES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Teresa L. Myers who respectfully represents that:

I.

Plaintiff's expert reports are currently due on January 24, 2002. Plaintiff requests an additional 20 days within which to submit these reports to counsel for defendants, or until February 13, 2002.

II.

As a result of plaintiff's request, plaintiff asks that the deadline to exchange the written reports of experts for defendants and the deadline for the parties to file their witness and exhibit lists be extended an additional 20 days, or until March 14, 2002.

DATE OF ENTRY
JAN 2 8 2002

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

### III.

Also, because of the requested extension of expert report deadlines, plaintiff requests that the deadline for taking trial depositions and to complete discovery be extended through April 2, 2002.

### IV.

An extension of these deadlines will not adversely affect the scheduled trial date of May 6, 2002.

### V.

Counsel for defendants, have indicated that they have **no objection** to the granting of this motion and the extension of these deadlines.

_____
TERRENCE J. LESTELLE - 8540
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
(504) 828-1224

Attorneys for Plaintiff Teresa L. Myers

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this **24th** day of **January, 2002**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

_____
TERRENCE J. LESTELLE

2

| | | |
|---|---|---|
| **TERESA L. MYERS** | * | **CIVIL ACTION NO. 00-0388** |
| | * | |
| **VERSUS** | * | **SECTION "T", MAG. 1** |
| | * | |
| **CHARLES C. FOTI, JR.,** | * | **JUDGE G. THOMAS** |
| **CRIMINAL SHERIFF** | * | **PORTEOUS, JR.** |
| **OF THE PARISH OF ORLEANS,** | * | |
| **STATE OF LOUISIANA,** | * | **MAGISTRATE JUDGE** |
| **ET AL** | * | **SALLY SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion of Plaintiff to Extend Deadlines;

**IT IS ORDERED** that the deadline for plaintiff to obtain and deliver her written expert reports is extended until February 13, 2002.

**IT IS FURTHER ORDERED** that the deadline for defendants to obtain and deliver their expert reports and the deadline for the parties to file their witness and exhibit lists are extended until March 14, 2002.

**IT IS FURTHER ORDERED** that depositions for use at trial shall be taken and all discovery shall be completed no later than April 2, 2002.

The scheduled trial date shall not be adversely affected by the extension of these deadlines.

New Orleans, Louisiana, this _28th_ day of January, 2002.

_____
U.S. DISTRICT COURT JUDGE

2