U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   FEB 5 2002

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

* * * * * * * * * * * * * * *

### PLAINTIFF'S MOTION TO CONTINUE HEARING OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT CRIMINAL SHERIFF CHARLES C. FOTI, JR. WITH INCORPORATED MEMORANDUM

Plaintiff Teresa L. Myers requests that the Court continue the hearing of defendant Criminal Sheriff Charles C. Foti, Jr.'s Motion for Partial Summary Judgment. Plaintiff submits that additional discovery will likely defeat defendant's summary judgment for the reasons set forth more fully in the attached Rule 56(f) Affidavit of plaintiff's counsel and as discussed in Plaintiff's Memorandum in Opposition to Motion for Partial Summary Judgment of defendant Criminal Sheriff Charles C. Foti, Jr., which has been filed contemporaneously with the filing of this motion.

_____
TERRENCE J. LESTELLE - 8540
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
(504) 828-1224
Attorneys for Plaintiff Teresa L. Myers

DATE OF ENTRY
FEB 8 2002

___Fee_____
___Process___
X_Dktd_____
___CtRmDep__
Doc.No._____

|   |   |   |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

* * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiff's Motion to Continue Hearing of Motion for Partial Summary Judgment of Defendant Criminal Sheriff Charles C. Foti, Jr.;

**IT IS ORDERED** that the hearing on defendant Criminal Sheriff Charles C. Foti, Jr.'s Motion for Partial Summary Judgment is hereby continued and reset for hearing on the 27th day of March, 2002.

New Orleans, Louisiana, this 8th day of February, 2002.

_____
U.S. DISTRICT COURT JUDGE

2

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |
| * * * * * * * * * * * * * * | | |

## RULE 56(f) AFFIDAVIT

STATE OF LOUISIANA

PARISH OF JEFFERSON

      **BEFORE ME**, the undersigned authority, personally came and appeared:

### TERRENCE J. LESTELLE

who after being duly sworn did depose and say that:

      1.      I am one of plaintiff Teresa L. Myers' attorneys in this action;

      2.      I file this Affidavit in accordance with Rule 56(f) of the Federal Rules of Civil Procedure;

      3.      Upon information and belief, additional discovery will or may defeat defendant Criminal Sheriff Charles C. Foti, Jr. motion for partial summary judgment.

      4.      In particular, upon information and belief, additional discovery should

reveal the identity of the law enforcement officer who was riding horse number 312, allegedly named "Dewey" on February 7, 1999, on Bourbon Street in the French Quarter that knocked plaintiff Teresa L. Myers down on that date, injuring her.

5.  In this regard, on behalf of plaintiff, I intend to notice the Rule 30(b)(5) ad (6) depositions of a representative(s) of defendant Criminal Sheriff Charles C. Foti, Jr. to ascertain the identity of this individual. Also, defendant Sheriff Foti submitted several photographs of Criminal Sheriff officers or personnel with Requests for Admissions that he propounded to plaintiff, and, presumably, this defendant has narrowed the identity of the criminal deputy or officers in question to those depicted in the photographs. Also, unquestionably there should be a log or some other document reflecting the officer who was assigned to horse number 312, allegedly named "Dewey" on February 7, 1999, that is in the possession of defendant Sheriff Foti or the City of New Orleans defendants.

6.  Discovery is ongoing and the discovery cutoff date does not expire until after April 2, 2002.

7.  On behalf of plaintiff, I will schedule these Rule 30(b)(5) and (6) depositions and issue subpoenas and subpoenas duces tecum in connection therewith before the end of February, 2002.

8.  As counsel for plaintiff, I have set forth the law which would entitle plaintiff to name the presently unidentified law enforcement officer as defendant to this action in Plaintiff's Memorandum in Opposition to Motion for Partial Summary Judgment of Defendant Criminal Sheriff Charles C. Foti, Jr.

9. In addition, plaintiff is entitled to explore through discovery the policies, customs and procedures of defendant Sherfif Foti in order to determine if he, along with the yet to be named officer, is liable under Section 1983.

10. Based upon information and belief through various local media outlets, there was an announced crackdown on public nudity and discovery will reveal how aggressively the officer in question was instructed to enforce this policy, which may subject defendant Sheriff Foti to Section 1983 liability.

_____
TERRENCE J. LESTELLE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5th DAY
OF FEBRUARY, 2002.

_____
NOTARY PUBLIC

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on the 5th day of **FEBRUARY, 2002,**, served a copy of **Plaintiff's Motion to Continue Hearing of Motion for Partial Summary Judgment of Defendant Criminal Sheriff Charles C. Foti, Jr. With Incorporated Memorandum** on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

                          TERRENCE J. LESTELLE