

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO. 00-0388 |
| CHARLES C. FOTI, JR. | SECTION "T" MAG. 1 |

### MOTION WITH INCORPORATED MEMORANDUM TO COMPEL DISCOVERY RESPONSES

NOW INTO COURT, through undersigned counsel, comes Sheriff Charles C. Foti, Jr., defendant herein, who with respect represents:

1.

Sheriff Foti propounded Interrogatories and a Request for Production to plaintiff on August 16, 2001. (Ex. A)

2.

Despite repeated requests, plaintiff has refused to answer this discovery. (Ex. B)

3.

The undersigned last conferred with plaintiff's counsel on or about February 6, 2002 in an attempt to resolve this issue, but to date no responses have been provided.

Wherefore, pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, Sheriff Foti respectfully moves this Honorable Court to enter an order compelling plaintiff to respond to the discovery propounded to her.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

_____
LAMBERT J. HASSINGER, JR. #21683
FREEMAN R. MATTHEWS   #9050
1717 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone:  (504) 592-4600
Attorneys for Sheriff Charles C. Foti, Jr.
UWM File No. 99-354-14

H:\99-354 014\compel mot.wpd

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of February, 2002, served a copy of the foregoing pleading on counsel to all parties to this proceeding, by facsimile and mailing the same by United States mail, properly addressed, and first class postage paid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO. 00-0388 |
| CHARLES C. FOTI, JR. | SECTION "T" MAG. 1 |

### RULE 37 CERTIFICATE

The undersigned certifies that he has spoken to opposing counsel by telephone on or about February 6, 2002 for the purpose of trying to resolve this discovery issue. The undersigned told plaintiff's counsel that a motion to compel responses would be filed if plaintiff's responses were not received by February 15, 2002.

                Respectfully submitted,

                USRY, WEEKS & MATTHEWS

                _____
                LAMBERT J. HASSINGER, JR. #21683
                FREEMAN R. MATTHEWS #9050
                1717 St. Charles Avenue
                New Orleans, Louisiana 70130
                Telephone: (504) 592-4600
                Attorneys for Sheriff Charles C. Foti, Jr.
                UWM File No. 99-354-14

H:\99-354.014\37certificate.wpd

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of February, 2002, served a copy of the foregoing pleading on counsel to all parties to this proceeding, by facsimile and mailing the same by United States mail, properly addressed, and first class postage paid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO.00-0388 |
| CHARLES C. FOTI, JR. | SECTION "T" MAG. 1 |

### NOTICE OF HEARING

TO: Teresa L. Myers
through attorney of record
Terrence J. Lestelle
2121 Airline Drive, Suite 402
Metairie, LA 70001

PLEASE TAKE NOTICE that the attached Motion to Compel will be submitted for decision on the record or will be brought for hearing before the Honorable Sally Shushan, United States Magistrate Judge, at the United States Federal Courthouse, 500 Camp Street, New Orleans, Louisiana, at 9:00 a.m. on March 6, 2002, as directed by the Court.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

_____
LAMBERT J. HASSINGER, JR. #21683
FREEMAN R. MATTHEWS   #9050
1717 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 592-4600
Attorneys for Sheriff Charles C. Foti, Jr.
UWM File No. 99-354-14

H:\99-354.014\hearing2.not.wpd

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of February, 2002, served a copy of the foregoing pleading on counsel to all parties to this proceeding, by facsimile and mailing the same by United States mail, properly addressed, and first class postage paid.

_____

**SEE RECORD FOR
EXHIBITS
OR
ATTACHMENTS
NOT SCANNED**