FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 19  PM 4: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| VERSUS | * | SECTION "T", MAG. 1 |
| CHARLES C. FOTI, JR., CRIMINAL SHERIFF OF THE PARISH OF ORLEANS, STATE OF LOUISIANA, ET AL | * | JUDGE G. THOMAS PORTEOUS, JR. MAGISTRATE JUDGE SALLY SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION OF PLAINTIFF TO CONTINUE HEARING OF MOTION FOR SUMMARY JUDGMENT OF THE CITY OF NEW ORLEANS DEFENDANTS WITH INCORPORATED MEMORANDUM**

Plaintiff Teresa L. Myers requests that the Court continue the hearing of the Motion for Summary Judgment of Defendants Richard J. Pennington, the City of New Orleans, the New Orleans Police Department and Officer John Doe presently set for February 27, 2002, until **March 27, 2002**, which is the date on which defendant Criminal Sheriff Charles C. Foti, Jr.'s Motion for Partial Summary Judgment has been reset for hearing. Plaintiff desires to conduct additional discovery which plaintiff submits may defeat defendants' Motion for Summary Judgment. Counsel for these

DATE OF ENTRY
FEB 25 2002



defendant movers has been contacted and he has indicated that defendants have **no objection** to the granting of this motion to continue.

*[signature]*

TERRENCE J. LESTELLE - T.A. - 8540
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
(504) 828-1224

Attorneys for Plaintiff
Teresa L. Myers

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this **19th** day of **FEBRUARY, 2002**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

*[signature]*

TERRENCE J. LESTELLE

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERESA L. MYERS** | * | **CIVIL ACTION NO. 00-0388** |
| | * | |
| **VERSUS** | * | **SECTION "T", MAG. 1** |
| | * | |
| **CHARLES C. FOTI, JR.,** | * | **JUDGE G. THOMAS** |
| **CRIMINAL SHERIFF** | * | **PORTEOUS, JR.** |
| **OF THE PARISH OF ORLEANS,** | * | |
| **STATE OF LOUISIANA,** | * | **MAGISTRATE JUDGE** |
| **ET AL** | * | **SALLY SHUSHAN** |

* * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion of Plaintiff to Continue Hearing of Motion for Summary Judgment of the City of New Orleans Defendants;

**IT IS ORDERED** that the hearing of the Motion for Summary Judgment of Defendants Richard J. Pennington, the City of New Orleans, the New Orleans Police Department and Officer John Doe is hereby continued and reset for hearing on the **27**[th] day of **March, 2002**.

New Orleans, Louisiana, this _25th_ day of February, 2002.

_____
U. S. DISTRICT COURT JUDGE