FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 28 AM 10: 51

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
FEBRUARY 27, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO: 00-0388 |
| CHARLES C. FOTI, JR. | SECTION: "T" (1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs

MOTION:   MOTION TO COMPEL DISCOVERY RESPONSES

**DISMISSED AS MOOT**

Before the undersigned is the motion of defendant, Sheriff Charles C. Foti, Jr. ("Foti"), to compel discovery from plaintiff, Teresa Myers. Foti has notified the undersigned that the motion is moot. It is ORDERED that Foti's motion to compel (Rec. doc. 27) is DISMISSED as MOOT.

DATE OF ENTRY
FEB 28 2002

SALLY SHUSHAN
United States Magistrate Judge

Fee
Process
X Dktd
CtRmDep
Doc. No. 32