

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR -6 PM 4: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO. 00-0388 |
| CHARLES C. FOTI, JR. | SECTION "T" (1) |

## UNOPPOSED MOTION TO CONTINUE HEARING WITH INCORPORATED MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes Sheriff Charles C. Foti, Jr., defendant herein, who respectfully represents:

1.

Sheriff Foti's Motion for Summary Judgment is set for hearing on March 27, 2002.

2.

The parties have filed a joint motion to continue the trial of this case, which is set for May 6, 2002, because the plaintiff is undergoing additional medical treatment and is unable to travel back to New Orleans from her home in Florida. The plaintiff cannot be deposed until her doctor completes additional treatment and allows her to travel; and, the defendant-witnesses will not be deposed until after the undersigned has the opportunity to depose plaintiff.



DATE OF ENTRY
MAR 1 1 2002



3.

As such, both Sheriff Foti and plaintiff desire that the hearing on Sheriff Foti's Motion for Summary Judgment be continued indefinitely, to be reset by the parties at a later date. This will allow the appropriate discovery to be completed prior to the hearing on Sheriff Foti's motion.

Wherefore, Sheriff Foti respectfully moves this Honorable Court to continue the hearing on his Motion for Summary Judgment, to be reset by the undersigned at a later date.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

_____
LAMBERT J. HASSINGER, JR. #21683
FREEMAN R. MATTHEWS  #9050
1717 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 592-4600
Attorneys for Sheriff Charles C. Foti, Jr.
UWM File No. 99-354-14

H:\99-354.014\extension.mot.wpd

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of March, 2002 served a copy of the foregoing pleading on counsel to all parties to this proceeding, by fax and by mailing the same by United States mail, properly addressed, and first class postage paid.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO.00-0388 |
| CHARLES C. FOTI, JR. | SECTION "T" (1) |

### CERTIFICATE

The undersigned certifies that he has spoken with plaintiff's counsel regarding the Motion to Continue Hearing With Incorporated Memorandum. Plaintiff's counsel has no objection to a continuance of the hearing.

Respectfully submitted,

USRY, WEEKS & MATTHEWS

_____
LAMBERT J. HASSINGER, JR. #21683
FREEMAN R. MATTHEWS    #9050
1717 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 592-4600
Attorneys for Sheriff Charles C. Foti, Jr.
UWM File No. 99-354-14

H.\99-354 014\continue.cer.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO. 00-0388 |
| CHARLES C. FOTI, JR. | SECTION "T" (1) |

## ORDER

CONSIDERING THE FOREGOING MOTION,

**IT IS HEREBY ORDERED** that the hearing on defendant's Motion for Summary Judgment currently set for March 27, 2002, is hereby continued, to be reset at a later date.

**NEW ORLEANS, LOUISIANA**, this ___ day of March, 2002.

_____
JUDGE