

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR -5 PM 3:53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |
| * * * * * * * * * * * * * * | | |

### JOINT MOTION TO CONTINUE TRIAL

**NOW INTO COURT**, through their respective undersigned counsel, comes plaintiff Teresa L. Myers and defendants Charles C. Foti, Jr., Criminal Sheriff of Orleans Parish, The City of New Orleans, The New Orleans Police Department and Richard J. Pennington and respectfully represent that:

I.

Plaintiff Teresa L. Myers' medical condition is currently unresolved and she has not reached maximum medical improvement at this time. In this regard, Teresa L. Myers has been scheduled to have a lumbar MRI on March 5, 2002, and is scheduled for a return visit on March 22, 2002, to see her treating neurologist

DATE OF ENTRY
MAR 1 4 2002

Fee_____
Process___
X Dktd____
CtRmDep____
Doc. No. 36

Dr. Rosanna L. Garner. As a result, plaintiff's treating physician cannot provide an opinion as to plaintiff's medical condition, prognosis, limitations and/or permanent disability at this time.

II.

In addition, plaintiff is unable to travel long distances due to her medical status as reflected in Vincent DiCarlo, M.D. and Associates, P.A.'s note of March 1, 2002, which is attached. As a result, Teresa Myers will not be able to travel from her home in Florida to New Orleans to give her deposition as requested by defendants. Also, as her condition stands, she would be unable to travel to New Orleans for the scheduled trial of this action which is set for May 6, 2002.

III.

Accordingly, for these reasons, all of the parties submit that this case is not presently in a posture to proceed to trial and respectfully request that the trial of this matter be continued.

IV.

Also, the parties request that the Court schedule a telephone status conference within approximately 45 days for the purposes of selecting new trial and pretrial dates as well as new cutoff dates.

V.

While this is the second request for a continuance of trial in this case, the parties submit that all parties agree that this case is not ready for trial at this time and jointly assert that, in the interest of justice, the current trial date should be continued.

_____
TERRENCE J. LESTELLE - 8540
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
Phone: (504) 828-1224
FAX: (504) 828-1229

Attorneys for Plaintiff Teresa L. Myers

_____
LAMBERT J. HASSINGER, JR. - 21683
USRY & WEEKS
1717 St. Charles Avenue
New Orleans, LA 70130
Phone: (504) 592-4600
FAX: (504) 592-4641

Attorney for defendant Charles C. Foti, Jr., Criminal Sheriff of Orleans Parish

_____
PATRICK BOSSETTA - 18056
Deputy City Attorney
City of New Orleans
Law Department
1300 Perdido St., 5TH Floor East
New Orleans, LA 70112

Attorney for defendants The City of New Orleans, The New Orleans Police Department and Richard J. Pennington

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this \_\_5th\_\_ day of **MARCH, 2002**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

_____
TERRENCE J. LESTELLE

## Vincent Di Carlo, M.D. and Associates, P.A.

3903 S. Westshore Blvd.  
Tampa, FL 33611  
(813) 831-6622

6399 38th Ave. North, D-5  
St. Petersburg, FL 33710  
(727) 345-3333

☐ Rosanne L. Garner, M.D.  
Neurology

☐ Vincent Di Carlo, M.D.  
Neurology

☐ Marquetta Flaughter, ARNP-C  
Nurse Practitioner  
RN 3036862

Name: Myers, Teresa  
Date: 3-1-02

Place Name and Medication on Label

Rx  Pt unable to travel long distances due to medical status.

M Flaughter ARNP

REFILL: 0 1 2 3 TIMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

* * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Continue Trial;

**IT IS ORDERED** that the trial and pretrial of this matter are continued and that a telephone status conference is hereby scheduled for __2:30__ o'clock __.m. on the __2ND__ day of __April__, 2002, for the purposes of selecting new trial and pretrial dates and new cutoff dates.

New Orleans, Louisiana, this __6__ day of __March__, 2002.

_____
U.S. DISTRICT COURT JUDGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

* * * * * * * * * * * * * *

**CERTIFICATE OF COMPLIANCE WITH ARTICLE THREE (2)
OF THE COURT'S CIVIL JUSTICE REFORM ACT AND DELAY REDUCTION PLAN**

Pursuant to Article Three (2) of the Court's Civil Justice Reform Act and Delay Reduction Plan, undersigned counsel for plaintiff Teresa L. Myers hereby certifies to the Court, after conversations with his client and counsel for defendants, that he, along with counsel for defendants Charles C. Foti, Jr., Criminal Sheriff of Orleans Parish, The City of New Orleans, The New Orleans Police Department and Richard J. Pennington, have advised their respective clients that the parties have initiated a Joint Motion to Continue Trial of this case and that the clients have no objection thereto and they have been provided with a copy of the Joint Motion to Continue Trial.

TERRENCE J. LESTELLE - T.A. - 8540
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
Phone: (504) 828-1224
FAX: (504) 828-1229
Attorneys for Plaintiff Teresa L. Myers