

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 12 PM 3: 04

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERESA L. MYERS** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER 00-388 |
| | * | |
| **CHARLES J. FOTI, CITY OF NEW** | * | SECTION "T" MAG. 1 |
| **ORLEANS, NEW ORLEANS POLICE** | * | |
| **RICHARD J. PENNINGTON** | * | |
| ************************************ | | |

### UNOPPOSED MOTION TO CONTINUE HEARING
### WITH INCORPORATED MEMORANDUM

**NOW INTO COURT**, through undersigned ocunsel, comes the City of New Orleans,

THE New Orleans Police Department and Richard Pennington, defendants herein, who

respectfully represent:

I.

Defendants Motion for Summary Judgment is set for hearing on March 27, 2002.

II.

The parties have filed a joint motion to continue the trial of this case, which is set for May

6, 2002, because the plaintiff is undergoing additional medical treatment and is unable to travel back

to New Orleans from her home in Florida. The plaintiff cannot be deposed until her doctor

completes additional treatment and allows her to travel; and, defendant-witnesses will not be

deposed until after the counsel for the Sheriff's office has had the opportunity to depose plaintiff.

DATE OF ENTRY
MAR 15 2002

Fee____
___Process__
_X_Dktd____
___CtRmDep__
Doc. No.____

III.

As such, both the plaintiff and defendants desire that the hearing on defendants Motion for Summary Judgment be continued indefinitely, to be reset by the parties at a later date. This will allow the appropriate discovery to be completed prior to the hearing on defendants Motion for Summary Judgment.

**WHEREFORE**, the City of New Orleans respectfully moves this Honorable Court to continue the hearing on its Motion for Summary Judgement, to be reset by the undersigned at a later date.

Respectfully submitted,

_____
PATRICK R. BOSSETTA, #18056
ASSISTANT CITY ATTORNEY
CITY HALL - ROOM 5E03
1300 PERDIDO STREET
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 565-6222
FACSIMILE: (504) 565-7691

**FRANZ L. ZIBILICH, #14914**
**CHIEF DEPUTY CITY ATTORNEY**

**MAVIS S. EARLY, #1343**
**CITY ATTORNEY**

<u>*CERTIFICATE OF SERVICE*</u>
*I hereby certify that a copy of the above and foregoing pleading has been sent to all counsel of record, by placing same in the United States Mail, by facsimile, by hand delivery or by e-mail delivery this 12th day of March, 2002.*

_____
Patrick R. Bossetta

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER 00-388 |
| | * | |
| CHARLES J. FOTI, CITY OF NEW ORLEANS, NEW ORLEANS POLICE RICHARD J. PENNINGTON | * * * | SECTION "T" MAG. 1 |

************************************

## ORDER

**CONSIDERING THE FOREGOING MOTION:**

**IT IS HEREBY ORDERED** that the hearing on defendant's Motion for Summary Judgment, currently scheduled for March 27, 2002, be and is hereby continued indefinitely.

NEW ORLEANS, LOUISIANA, this 14th day of March, 2002.

_____
JUDGE