FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUL -3 PM 3: 58

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
JULY 3, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NO: 00-0388 |
| CHARLES C. FOTI, JR., ETC., ET AL. | SECTION: "T " (1) |

A telephone status conference was held on July 2, 2002. Participating were: Terry Lestelle, Joe Hassinger and Pat Bossetta.

After discussion with counsel, the plaintiff's deposition will be taken on August 8 or 9, 2002. Mr. Hassinger will attend the deposition in Florida and Mr. Bossetta will attend by conference call. Mr. Lestelle will confirm to defense counsel the time, place and date of plaintiff's deposition.

The corporate depositions of the Police and Sheriff's departments will take place on August 13 and 14, 2002. Defense counsel will advise Mr. Lestelle of the witnesses' availability on those dates. Notices of depositions will be issued after the deposition dates, times and places are

DATE OF ENTRY
JUL 5 2002



confirmed.

Defendants will be allowed to take a follow-up deposition of the plaintiff in New Orleans prior to the commencement of trial. The scope of the organizational depositions will not be restricted from the notice of deposition previously issued.

SALLY SHUSHAN
United States Magistrate Judge