```
            FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2002 JUL 26  PM 4:40

        LORETTA G. WHYTE
             CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| VERSUS | * | SECTION "T", MAG. 1 |
| CHARLES C. FOTI, JR., CRIMINAL SHERIFF OF THE PARISH OF ORLEANS, STATE OF LOUISIANA, ET AL | * | JUDGE G. THOMAS PORTEOUS, JR. MAGISTRATE JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * *

### PLAINTIFF'S WITNESS AND EXHIBIT LISTS

In accordance with the Court's Minute Entry dated April 2, 2002, Teresa L. Myers submits the following list of witnesses who may or will be called to testify at the trial of this matter and exhibits which may or will be used at trial:

### WITNESSES

1. Teresa L. Myers
   1820 24th Street, SE
   Ruskin, FL 33570

2. Dennis Myers
   1820 24th Street, SE
   Ruskin, FL 33570



3. Rosanna Garner, M.D.
Neurology and Physical Therapy Centers of Tampa Bay
3903 South Westshore Blvd.
Tampa Bay, FL 33611

4. Larry Allan Smith
8811 Mathog Dr.
River View, FL 33569

5. David Glen Kersey
3701 Taylor Blvd.
Louisville, KY 40215

6. Sally Peyton
1176 Greenwood St.
Zanesville, OH 43702

7. The law enforcement officer who was riding the horse that knocked plaintiff to the ground (who will be identified at the upcoming Rule 30(b)(5) and (6) depositions of defendants scheduled for August 14, 2002).

8. NOPD Sgt. Frank Bivens, Jr.;

9. NOPD Sgt. Pat Brown;

10. NOPD Sgt. Wayne E. Kreider;

11. NOPD Captain Steve Nicholas;

12. NOPD Major Felix M. Loicano

13. Orleans Parish Criminal Sheriff Major William Short;

14. Other unknown representative(s) of defendants (who may be identified at the upcoming Rule 30(b)(5) and (6) depositions of defendants scheduled for August 14, 2002);

15. Rob Larter
    Street Address Unknown
    Brandon, FL

16. Bruce Benson
    1820 24th St., SE
    Ruskin, FL 33570

17. Catina and William Kelly
    2291 S. E. 15th St.
    Pompano Beach, FL 33062

18. Jennifer Collar
    Duneden, FL
    (daughter)

19. Dave and Dessa Myers
    1907 33rd St., S.E.
    Ruskin, FL 33570

20. Donneta Myers
    River View, FL
    (sister-in-law)

21. Chambers Medical Group doctors and healthcare providers, including:

    a)  A. M. Arain, M.D.
        402 Plant Avenue
        Plant City, FL 33566

    b)  Scott Tashman, D.C.

    c)  Larry Horvath, D.O.

    d)  Edward Jacobson, D.O.

    327 East Robertson Ave.
    Brandon, FL 33511

22. P. C. Camposano, M.D.
    11056 Hwy. 41 South
    P. O. Box 686
    Gibsonville, FL 33534

23. Siegfried K. Holz, M.D.
    3830 S. Florida Avenue
    Lakeland, FL 33813
    and
    1111 Oakfield Dr., Suite 103
    Brandon, FL 33511

24. Doctor(s)/representative(s) of Causeway Medical Group
    7108 Causeway Blvd.
    Tampa, FL 33619

25. Doctor(s)/representative(s)/healthcare providers at Clinical Health Services
    4532 W. Kenned Blvd., Suite 110
    Tampa Bay, FL 33609

26. Representative of South Bay Hospital
    4016 State Road 674
    Sun City, FL 33573

27. Any witness listed or used by defendants.

Plaintiff reserves the right to supplement this list to add additional potential witnesses since discovery is ongoing.

## EXHIBITS

1. Cervical and Lumbar MRI reports of Teresa L. Myers;

2. Medical bills of Teresa L. Myers or a Stipulation regarding the amount of Mrs. Myers' past medical expenses;

3. Hospital and/or medical records of Teresa L. Myers;

4. Photographs of bruising and/or swelling of Teresa L. Myers' right arm, shoulder/ upper back and mid/lower back;

5. Income tax, wage and/or earnings records of Teresa L. Myers, her husband and/or for their trucking business;

6. Report of Sergeant Wayne E. Kreidea, Public Integrity Division, NOPD-Form DM-1, dated February 9, 1999;

7. Photograph(s) of the horse in question;

8. Interoffice correspondence dated March 1, 1999, from Sgt. Frank Bivens, Jr., Commander, Mounted Unit, to Richard J. Pennington;

9. Pertinent records of the Criminal Sheriff of Orleans Parish, including those bearing on the identity of the law enforcement officer in question who was riding the horse that knocked plaintiff down;

10. Pertinent records of the City of New Orleans/NOPD, including those bearing on the identity of the law enforcement officer in question who was riding the horse that knocked plaintiff down;

11. Documents regarding the policies and procedures of defendants that bear on the incident in question;

12. Orleans Parish Criminal Sheriff documents regarding investigation into and/or disciplinary action against the rider of horse 312 (allegedly named "Dewey") at the time of the incident in question and/or the rider who knocked plaintiff down;

13. Use of Force policy of the Orleans Parish Criminal Sheriff's Office in effect at the time of the incident in question;

14. Documentation bearing on the crackdown on public nudity during Mardi Gras, including policies, procedures and/or directives to prevent women from exposing their breasts;

15. Records, logs and/or other documents showing assignments for and the identity of law enforcement officers or other persons who patrolled or rode on horseback on the date and time of the incident in question, including the person who rode the horse bearing 312, allegedly named "Dewey" and/or the horse that knocked plaintiff down;

16. An exemplar uniform worn by officers employed and/or acting for each defendant and/or photographs thereof;

17. T&D Ranch related documents;

18. Letter of April 19, 1999, from NOPD Major Feliox M. Loicano to Teresa Myers;

19. Pharmacy bills;

20. Note made by Larry Smith of the number on the horse and the description of the horse and its rider;

21. Any exhibit listed or used by any defendant.

Plaintiff reserves the right to supplement this list to add additional potential exhibits since discovery is ongoing.

*[signature]*

TERRENCE J. LESTELLE - T.A. - 8540
PHILIP R. ADAMS, JR. - 25549
LESTELLE & LESTELLE
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
(504) 828-1224

Attorneys for Plaintiff
Teresa L. Myers

6

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this **26TH** day of **JULY, 2002**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

_____
TERRENCE J. LESTELLE