FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 AUG 15 AM 11: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0388 |
| | * | |
| CHARLES C. FOTI, JR., et al. | * | SECTION "T" (I) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO CONTINUE TRIAL DATE
## WITH INCORPORATED MEMORANDUM

NOW INTO COURT, through undersigned counsel, come Theresa Myers, Sheriff Charles C. Foti Jr., and the City of New Orleans, who with respect represent:

1.

The trial of this action is currently set for October 7, 2002. The scheduling order sets a discovery deadline of August 26, 2002.

2.

This action stems from an incident that occurred on the night of February 7, 1999, when plaintiff claims that a law enforcement officer who was riding a horse on Bourbon Street, and who was employed either by the City or by the Sheriff's Office, knocked her down causing significant spinal injuries.

DATE OF ENTRY
AUG 2 2 2002

3.

This action was initially set for trial on December 10, 2001.[1] (Doc. 14) On joint motion of all parties the trial was continued to May 6, 2002. (Doc. 20) As of May 2002, the plaintiff was still undergoing medical treatment and was, pursuant to her doctor's orders, unable to travel from her home in Tampa, Florida back to New Orleans for trial; as such, the trial was continued on joint motion of all parties to October 7, 2002. (Doc. 38)

4.

The plaintiff has remained under continuing doctors' care and treatment in Florida; and, her doctor's restriction on her ability to travel has remained in place. As such, the parties have been hampered in their ability to conduct meaningful and complete discovery. On July 2, 2002, Magistrate Shushan conducted a telephone conference at the request of counsel for Sheriff Foti, to help direct the parties' discovery efforts. (Doc. 39) Pursuant to Magistrate Shushan's directive, the plaintiff was deposed in Tampa, Florida on August 8, 2002. Moreover, and also pursuant to Magistrate Shushan's directive, counsel for the plaintiff scheduled FRCP 30(b)6 depositions of the defendants on August 14, 2002, to determine, among other things, the identities of the officers each party had assigned to Bourbon Street on the date of the incident and the existence of any incident reports involving the plaintiff. The representative for the City of New Orleans was injured and unavailable for the deposition. Another representative was contacted but was scheduled to be out of town on August 14, 2002. The deposition of the Sheriff's Office did go forward as scheduled.

---

[1] This action was filed in February 2000, but then sat idle for several months due to the death of plaintiff's first attorney James Witcher.

6.

Now that plaintiff has identified various officers who were working as "mounted units" in the French Quarter on the date of the incident, plaintiff will seek to amend her Complaint to add one or more individual officers as new defendants. This will necessitate additional discovery, and possibly motion practice, that cannot be completed prior to the trial date.

7.

Moreover, now that the parties have been able to depose plaintiff, they must conduct additional discovery based on her sworn testimony at deposition. The parties cannot complete this discovery prior to the trial date. Accordingly, in the interest of justice, all parties submit that the trial should be continued. The parties sincerely appreciate the Court's cooperation in this unusual case, and assure the Court that all parties will be ready and able to try this matter on its next fixing, if the Court grants the parties' Motion.

8. **CJRA PLAN CERTIFICATE**

Undersigned counsel hereby certify to the Court that they have advised their clients that they have filed this motion to continue the trial of this case and that their clients have been provided with a copy of this motion to continue the trial.

WHEREFORE, the parties respectfully move the Court to reset the trial of this action.

Respectfully submitted,

**USRY, WEEKS & MATTHEWS**

BY: _____
LAMBERT J. HASSINGER, JR. -TA- (LSBN 21683)
FREEMAN R. MATTHEWS (LSBN 9050)

1717 St. Charles Avenue
New Orleans, Louisiana 70130
Tel: (504) 592-4600 Fax: (504) 592-4641
COUNSEL FOR SHERIFF CHARLES C. FOTI, JR.
Our File No. 99-354-14


LESTELLE & LESTELLE

_____
TERRENCE J. LESTELLE - TA- (LSBN 8540)
2121 Airline Drive, Suite 402
Metairie, Louisiana 70001-5979
Tel: (504) 828-1224 Fax (504) 828-1229
COUNSEL FOR TERESA L. MYERS


CITY OF NEW ORLEANS

_____
PATRICK R. BOSSETTA -TA- (LSBN 18056)
ASSISTANT CITY ATTORNEY
City Hall - Room 5E03
1300 Perdido Street
New Orleans, Louisiana 70112
Tel: (504) 565-6222 Fax: (504) 565-7691
COUNSEL FOR CITY OF NEW ORLEANS


H:\99-354 014\continue mot.wpd

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 14th day of August, 2002, served a copy of the foregoing pleading on counsel to all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage paid.

_____

4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0388 |
| | * | |
| CHARLES C. FOTI, JR., et al. | * | SECTION "T" (I) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that the trial of this matter presently scheduled for October 7, 2002 be and hereby is continued ~~until the ____ day of _____, 200_ at ____ a.m./p.m.~~ to be reset at a preliminary conference which will be scheduled by the Court

New Orleans, Louisiana this 21st day of August 2002.

No further continuances will be granted

_____
JUDGE

H\99-354 014\continue mot.wpd