```
UNITED STATES DISTRICT COURT
           FILED
         SEP 05 2002
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
            Clerk
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TERESA L. MYERS                                    CIVIL ACTION

VERSUS                                             NO. 00-0388

CHARLES C. FOTI, JR.                               SECTION "T"


### PRELIMINARY CONFERENCE NOTICE

    A PRELIMINARY CONFERENCE will be held BY TELEPHONE on SEPTEMBER 12, 2002 at 2:30 p.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

    TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

                                                      RICHARD E. WINDHORST, III
                                                      COURTROOM DEPUTY, SECTION T

NOTICE:    COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

              COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

```
                                            Fee_____
                                           _Pr0cess___
                                            XDktd_____
                                           _CtRemDep__
                                            Doc. No.__47__
```