```
                              FILED
                         U.S. DISTRICT COURT
                         EASTERN DISTRICT OF LA

                         2003 FEB 27  AM 9: 32

                         LORETTA G. WHYTE
                              CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**FEBRUARY 26, 2003**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERESA L. MYERS | CIVIL ACTION |
| VERSUS | NUMBER  00-0388 |
| CHARLES C. FOTI, JR., Etc., Et Al. | SECTION  "T" (1) |

A settlement conference is scheduled in the above-captioned case on **Thursday, March 27, 2003 at 2:00 P.M.** before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before March 20, 2003,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 2 7 2003