

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

* * * * * * * * * * * * * *

### UNOPPOSED MOTION OF PLAINTIFF TO EXTEND DEADLINES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Teresa L. Myers who respectfully represents that:

I.

Plaintiff Teresa L. Myers avers that she needs additional time to complete taking trial depositions and to complete discovery. Accordingly, plaintiff requests a 15-day extension or until March 31, 2003

II.

An extension of these deadlines will not adversely affect the scheduled trial date of April 28, 2003.

DATE OF ENTRY

MAR 1 1 2003



III.

Counsel for plaintiff has contacted counsel for defendant who has indicated that he has **no objection** to the granting of this motion and the extending of these deadlines.

*[signature]*
TERRENCE J. LESTELLE - 8540
ANDREA S. LESTELLE - 8539
**LESTELLE & LESTELLE**
2121 Airline Drive, Suite 402
Metairie, LA 70001-5979
(504) 828-1224

**Attorneys for Plaintiff Teresa L. Myers**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this **28th** day of **FEBRUARY, 2003**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by hand, fax and/or mailing the same by United States Mail, postage prepaid and properly addressed.

*[signature]*
ANDREA S. LESTELLE

2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERESA L. MYERS | * | CIVIL ACTION NO. 00-0388 |
| | * | |
| VERSUS | * | SECTION "T", MAG. 1 |
| | * | |
| CHARLES C. FOTI, JR., | * | JUDGE G. THOMAS |
| CRIMINAL SHERIFF | * | PORTEOUS, JR. |
| OF THE PARISH OF ORLEANS, | * | |
| STATE OF LOUISIANA, | * | MAGISTRATE JUDGE |
| ET AL | * | SALLY SHUSHAN |

* * * * * * * * * * * * * *

### ORDER

Consider the foregoing Unopposed Motion of Plaintiff to Extend Deadlines;

**IT IS ORDERED** that depositions for use at trial shall be taken and all discovery shall be completed no later than March 31, 2003.

The scheduled trial date shall not be adversely affected by the extension of these deadlines.

New Orleans, Louisiana, this _____ day of _March_, 2003.

_____
U.S. DISTRICT COURT JUDGE