FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAR 13  AM 9: 20

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 12, 2003**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**TERESA L. MYERS**                              **CIVIL ACTION**

**versus**                                        **NUMBER   00-0388**

**CHARLES C. FOTI, JR.,**                         **SECTION   "T" (1)**
**ETC., ET AL.**

      The settlement conference scheduled on March 27, 2003 before the undersigned Magistrate Judge is reset for Wednesday, April 2, 2003 at 7:30 A.M. in Room B-345.

      **On or before March 26, 2003,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter.  **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.  All counsel are to have access to someone with full settlement authority.**

**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**

DATE OF ENTRY
MAR 1 3 2003

