

MINUTE ENTRY
SHUSHAN, M.J.
MARCH 14, 2003

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERESA L. MYERS** | CIVIL ACTION |
| versus | NUMBER 00-0388 |
| **CHARLES C. FOTI, JR., ET AL.** | SECTION "T" (1) |

Prior to the date of the settlement conference set on April 2, 2003, counsel advised the case has settled. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
MAR 1 7 2003