

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERESA L. MYERS** | **CIVIL ACTION** |
| **VERSUS** | **00-388** |
| **CHARLES J. FOTI, ET AL.** | **SECTION "T"(1)** |

### ORDER OF DISMISSAL

The Court has been advised by counsel, that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement.

Accordingly,

**IT IS ORDERED** that this action be, and the same is hereby **DISMISSED WITHOUT COSTS BUT WITHOUT PREJUDICE** to the right of any party, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. This Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

1

DATE OF ENTRY
MAR 1 7 2003



New Orleans, Louisiana, this 13th day of March, 2003.

						_____
						G. THOMAS PORTEOUS, JR.
						UNITED STATES DISTRICT JUDGE